IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **GUSTAVO TELLO TEPEHUA,** § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-26-CV-197-KC** |
| § | |
| **WARDEN OF THE ERO EL PASO CAMP EAST MONTANA et al.,** § § § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 5, 2026, the Court granted in part Gustavo Tello Tepehua's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by no later than February 12, 2026. Feb. 5, 2026, Order 2, ECF No. 4.

On February 12, Respondents filed an Advisory, ECF No. 5, informing the Court that on February 10, an Immigration Judge ("IJ") "took no action on the bond due to the Fifth Circuit's decision in *Buenrostro-Mendez*." The Court thus ordered Respondents to release Tello Tepehua from custody, under reasonable conditions of supervision, and to file notice of his release by February 17. Feb. 13, 2026, Order 5, ECF No. 7. Respondents have now informed the Court that, "[o]n February 16, 2026, Petitioner was released from custody." Status Report, ECF No. 8.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 13, 2026, Order; Feb. 5, 2026, Order. Accordingly, **the**

**Clerk shall close the case**.  To the extent Tello Tepehua wishes to seek additional relief from the Court, he may file a motion to reopen.

    **SO ORDERED**.

    **SIGNED this 18th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE